**DISMISS; Opinion Filed August 29, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01178-CV
No. 05-13-01179-CV
No. 05-13-01180-CV
No. 05-13-01181-CV

**IN RE TROY LEE PERKINS, Relator**

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-00645-S, F07-71769-S, F07-71970-S, and F07-71990-S**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

Before the Court is relator's petition for writ of mandamus complaining that his four petitions for writ of habeas corpus have been denied and that he has therefore not been able to appeal his conviction. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over relator's petition. *See* TEX. CODE CRIM. PROC. ANN. Art. 11.07 (West Supp. 2010); *In re Curry*, No. 05-08-00064-CV, 2008 WL 311018, at *1 (Tex. App.–Dallas Feb. 5, 2008, orig. proceeding) (mem. op.). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

131178F.P05

/Lana Myers/
LANA MYERS
JUSTICE